```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
```

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGEL MARIE HUTSLER** | Case No. CIV-08-1942 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended January 12, 2009, to March 20, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid March.

/ / / /

/ / / /

/ / / /

1

Dated: January 7, 2009                    */s/Bess M. Brewer*
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff


Dated: January 7, 2009                    McGregor W. Scott

                                          United States Attorney

                                          /s/  *Odell Grooms*
                                          ODELL GROOMS

                                          Special Assistant U.S. Attorney
                                          Social Security Administration

                                          Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  January 9, 2009.

_____
U.S. MAGISTRATE JUDGE