BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGEL MARIE HUTSLER** | Case No. CIV-08-1942 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended until April 28, 2009, due to counsel's failure to re-calendar plaintiff's summary judgment motion which was due April 20, 2009.

*/ / / /*

*/ / / /*

*/ / / /*

1

Dated: April 21, 2009                    */s/Bess M. Brewer*
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff


Dated: April 21, 2009                     Lawrence G. Brown

                                          Acting United States Attorney

                                          */s/ Odell Grooms*
                                          ODELL GROOMS

                                          Special Assistant U.S. Attorney
                                          Social Security Administration

                                          Attorney for Defendant


**ORDER**

The extension requested is approved.  No further extensions will be granted.

SO ORDERED.

DATED:  April 21, 2009.


_____
U.S. MAGISTRATE JUDGE