1   LAWRENCE G. BROWN
Acting United States Attorney
2   LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3   Social Security Administration
ODELL GROOMS
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
San Francisco, California 94105
6       Telephone: (415) 977-8931
Facsimile: (415) 744-0134
7       E-Mail: Leo.R.Montenegro@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12

13   ANGEL HUTSLER,                    )
                                       )        CASE NO. 2:08-CV-1942-KJM
14          Plaintiff,                 )
                                       )
15          v.                         )        STIPULATION AND ORDER
                                       )
16   MICHAEL J. ASTRUE,                )
     Commissioner of                   )
17   Social Security,                  )
                                       )
18          Defendant.                 )
     _____  )

19

20          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21   attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's

22   motion for summary judgment, due to a medical emergency involving a family member of counsel for

23   the Defendant. The current due date is May 30, 2009. The new due date will be June 30, 2009.

24   ///

25   ///

26   ///

27   ///

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 28, 2009                    _/s/ Bess M. Brewer_____
                                       (As authorized via )
                                       BESS M. BREWER
                                       Attorney for Plaintiff

                                       Respectfully submitted,

Dated: May 28, 2009                    LAWRENCE G. BROWN
                                       Acting United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration


                                       _/s/ Odell Grooms_____
                                       ODELL GROOMS
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

                                ORDER

        The stipulation of the parties is approved; no further extensions will be granted except for

extraordinary cause.  APPROVED AND SO ORDERED.


                        _____
                        U.S. MAGISTRATE JUDGE