BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGEL MARIE HUTSLER**,<br><br>Plaintiff,<br><br>v.<br><br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. CIV-08-1942 KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his motion for attorney fees under the Equal Access to Justice Act (EAJA) is hereby extended from its current due date of December 29, 2009, to January 29, 2010. This extension is required to permit the parties to pursue settlement of the fees in this case

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: December 28, 2009 | | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |
| | | |
| Dated: December 28, 2009 | | McGregor W. Scott |
| | | United States Attorney |
| | | |
| | | By:/s/ Odell Grooms |
| | | THEOPHOUS REAGANS |
| | | Special Assistant U.S. Attorney |
| | | |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 4, 2010.

_____
U.S. MAGISTRATE JUDGE

2