BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO, CSB No. 162029
Special Assistant United States Attorney
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8958
      Facsimile: (415) 744-0134
      E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| ANGEL MARIE HUTSLER, ) | Civil No. 2:08-01942-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | FOR THE AWARD OF ATTORNEY |
| vs. ) | FEES PURSUANT TO THE EQUAL |
| ) | ACCESS TO JUSTICE ACT, |
| MICHAEL J. ASTRUE, ) | 28 U.S.C. § 2412(d) |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND dollars and no cents ($4,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND dollars and no cents ($4,000.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted February 9, 2010.

Respectfully submitted,

Dated: February 9, 2010
*/s/ Bess M. Brewer* *
[*As authorized via email on 2/9/10]
BESS M. BREWER
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Date: February 9, 2010
By *s/ Katherine R. Loo*
KATHERINE R. LOO
Special Assistant U. S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: February 10, 2010.

_____
U.S. MAGISTRATE JUDGE